In the Matter of the Application for the Change of Name of ALFRED EDWARD DEW, 2d, and JANE EVELYN DEW, Infants, by Their Parents, NELSON L. NEIDHARDT and EVELYN I. NEIDHARDT.  NELSON L. NEIDHARDT et al., Appellants; RICHARD P. DEW, Respondent.— Appeal from an order of the Madison County Court denying the application of appellants for the change of name of two infants from Dew to Neidhardt.  Under the circumstances disclosed the order was discretionary; and a future application, when the children are more mature and may exercise some choice themselves, was not barred.  Order affirmed, without costs.  All concur.